**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCES RINGO and ALVIN RINGO, | Case No.: 2:23-cv-00622-APG-DJA |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| WAL-MART, INC., | |
| Defendant | |

I ORDER that defendant Wal-Mart, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of Wal-Mart, Inc. as required by the recent amendment to that rule.

I FURTHER ORDER defendant Wal-Mart, Inc. to file a proper certificate of interested parties by May 5, 2023.

DATED this 25th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE